**Order filed March 12, 2019**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00096-CV

———————

**ALL AMERICAN FLEET SERVICES, INC. D/B/A GULF COAST FLEET TOWING, Appellant**

**V.**

**COUNTY LINE DIESEL, LLC, Appellee**

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 18-DCV0803**

## O R D E R

The notice of appeal in this case was filed February 4, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **March 27, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM